## THIRD DISTRICT.

**Thomas E. Cockin, appellant, v. Charles M. Strawn, appellee. Charles M. Strawn, appellee, v. Thomas E. Cockin, appellant. Gen. No. 7,847.**

Assumpsit upon promissory note. Bill in equity for cancellation of the same. Judgment for defendant and complainant in equity. Appeal from the Circuit Court of Morgan county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded with directions. Opinion filed December 31, 1925.

John J. Reeve and William T. Wilson, for appellant. William N. Hairgrove and Bellatti, Bellatti & Moriarty, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

**Harold C. Wilber, appellant, v. Estate of Lewis Wilber, deceased, appellee. Gen. No. 7,851.**

Action by ward upon claim against estate of guardian. Judgment for defendant. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed December 31, 1925.

Jones, McIntire & Jones, for appellant. H. M. Steely and H. M. Steely, Jr., for appellee; Thomas A. Graham and Walter V. Dysert, for objecting creditors.

Mr. Justice Crow delivered the opinion of the court.

**D. T. Black, appellee, v. Lincoln Mutual Casualty Company of Springfield, appellant. Gen. No. 7,855.**

Action upon automobile theft insurance policy. Judgment for plaintiff. Appeal from the County Court of Clark county; the Hon. H. M. Janney, Judge, presiding. Heard in this court at the April term, 1925. Reversed. Opinion filed December 31, 1925.

Samuel M. Scholfield and John J. Arney, for appellant. Arthur Poorman, for appellee.

Mr. Justice Crow delivered the opinion of the court.